Fill in this information to identify the case:

United States Bankruptcy Court for the:

EASTERN _____ District of CALIFORNIA
                              (State)

Case number (*If known*): T-B-D _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | LA TERRAZA, INC. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   N/A

3. **Debtor's federal Employer Identification Number (EIN)**

   5 2 – 2 4 4 6 9 8 9

4. **Debtor's address**

   **Principal place of business**

   1027 2ND STREET
   Number    Street

   SACRAMENTO    CA    95814
   City          State    ZIP Code

   SACRAMENTO
   County

   **Mailing address, if different from principal place of business**

   SAME
   Number    Street

   P.O. Box

   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City          State    ZIP Code

5. **Debtor's website (URL)**    N/A

| Debtor | LA TERRAZA, INC. | Case number (if known) |
|--------|------------------|------------------------|
|        | Name             |                        |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___   ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor　LA TERRAZA, INC.
　　　　　Name

Case number *(if known)* _____

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　　　District _____ When _____
　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　　Case number, if known _____

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number　　　Street

_____
City　　　　　　　　　　　　State ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency　Executive Commercial Insurance Services

Contact name　Marie Groh

Phone　916 721 7272

---

**Statistical and administrative information**

---

| Debtor | LA TERRAZA, INC. | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 13. **Debtor's estimation of available funds** | Check one: | |
| | ☐ Funds will be available for distribution to unsecured creditors. | |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| 14. **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. **Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 - 4 - 21
　　　　　　　MM / DD / YYYY

X _____          Arturo Ramos
Signature of authorized representative of debtor          Printed name

Title _____

| Debtor | LA TERRAZA, INC. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**18. Signature of attorney**     ✗ _____     Date  3.6.21

Signature of attorney for debtor                MM / DD / YYYY

NOEL CHRISTOPHER KNIGHT
Printed name

THE KNIGHT LAW GROUP
Firm name

800 J STREET, #441
Number        Street

| SACRAMENTO | CA | 95814 |
|---|---|---|
| City | State | ZIP Code |

| 510 435 9210 | lawknight@theknightlawgroup.com |
|---|---|
| Contact phone | Email address |

| 223821 | CA |
|---|---|
| Bar number | State |

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re<br>LA TERRAZA, INC.<br><br>                                    Debtor(s). | Bankruptcy Case No. *(If known)* : |
|---|---|

*The following additional information is required when filing this form in an adversary proceeding.*

| v.<br><br>                                    Plaintiff(s),<br><br><br>                                    Defendant(s). | Adversary Proceeding No. *(If known)* : |
|---|---|

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

LA TERRAZA, INC.
_____
*[Insert name of corporate debtor/party]*

**Check one:**     ☒ DEBTOR      ☐ PLAINTIFF      ☐ DEFENDANT      ☐ OTHER *(specify)*: _____

*Instructions: Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check **one** of the statements set forth below and provide any information as directed.*

☐ **1.   The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest**:

*Name:*      _____
*Address:*   _____

*Name:*      _____
*Address:*   _____

*Name:*      _____
*Address:*   _____

*Name:*      _____
*Address:*   _____

*(For additional names, attach an addendum to this form.)*

☒ **2.   There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  3-4-21

X _____
Signature of Authorized Individual for Corporate Debtor/Party

ARTURO RAMOS, JR.
_____
Printed Name of Authorized Individual for Corporate Debtor/Party

MANAGER
_____
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2012)

Fill in this information to identify the case and this filing:

Debtor Name　LA TERRAZA, INC.

United States Bankruptcy Court for the:　Eastern　　　District of　California
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number (if known):　T-B-D

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors　　12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration　PRELIMINARY STATUS REPORT; ATTORNEY FEE DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　3-4-21　　　　　✗ _____
　　　　　　MM / DD / YYYY　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　ARTURO RAMOS, JR.
　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　MANAGER
　　　　　　　　　　　　　　　Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re La Terraza INC | Bankruptcy Case No. *(If known)* : |
|---|---|
| Debtor(s). | |

*The following additional information is required when filing this form in an adversary proceeding.*

| v. | Adversary Proceeding No. *(If known)* : |
|---|---|
| Plaintiff(s), | |
| Defendant(s). | |

## STATEMENT REGARDING OWNERSHIP OF CORPORATE DEBTOR/PARTY

La Terraza INC
*[Insert name of corporate debtor/party]*

**Check one:**    ☒ **DEBTOR**    ☐ **PLAINTIFF**    ☐ **DEFENDANT**    ☐ **OTHER** *(specify):* _____

*Instructions: Federal Rule of Bankruptcy Procedure (FRBP) 7007.1 requires corporate parties to an adversary proceeding, other than the debtor or a governmental unit, to file a statement of corporate ownership with the first pleading filed. FRBP 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in Rule 7007.1. Check one of the statements set forth below and provide any information as directed.*

☐ 1.  **The following corporations directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest:**

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

*(For additional names, attach an addendum to this form.)*

☒ 2.  **There are no entities that directly or indirectly own 10% or more of any class of the above-named corporate debtor's/party's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:

_____
Signature of Authorized Individual for Corporate Debtor/Party

Jessica Ramos
Printed Name of Authorized Individual for Corporate Debtor/Party

President
Title of Authorized Individual for Corporate Debtor/Party

EDC 3-500 (New 12/2012)

Noel Knight, Esq.
The Knight Law Group
800 J Street, Ste. #441,
Sacramento, CA 95814
Tel: 510-435-9210 - cell
Fax: 510-281-6889
lawknight@theknightlawgroup.com

**LA TERRAZA, INC.**

| | |
|---|---|
| IN RE: | ) **CORPORATE RESOLUTION;** |
| | ) |
| | ) **ACTION IN LIEU OF MEETING** |
| LA TERRAZA, INC., | ) **AND RESOLUTION OF THE BOARD** |
| CERTIFICATE OF RESOLUTION | ) **AUTHORIZING APPROVAL OF** |
| | ) **THE FILING OF A SUBCHAPTER** |
| | ) **V, CHAPTER 11 BANKRUPTCY** |
| | ) |

     I, Jessica Ramos, President and sole Member of La Terraza, Inc., organized and existing under the laws of the State of California and having its principal place of business at....1027 2nd Street, Old Town, Sacramento, California, hereby certify that this Resolution is a **true copy** of a resolution adopted by the corporation at an action convened and held on February 4, 2021, at which lawful quorum was present and voting throughout the meeting and that such resolution is now in full force pursuant to the by-laws of la Terraza, Inc.  …

     **RESOLVED…That La Terraza, Inc. hereby authorizes Jessica Ramos, as its lawful sole Member to engage the filing of a Subchapter V, Chapter 11 bankruptcy in the Eastern District of California; and as well authorize and direct her Manager, Arturo Ramos, Jr. to sign all related bankruptcy documents and attend any and all related bankruptcy hearings.**

CORPORATE RESOLUTION: LA TERRAZA – SUBCHAPTER V

1

1   I further certify that this Corporation is duly organized and existing under the laws of the

2   State of California and has the power to take the action called for by the foregoing Resolution.

3

4

5                                          *Jessica Ramos, Pres.*

6                                          Sole Member Jessica Ramos

7

8

9                              **VERIFICATION**

10

11

12   I have read the foregoing CORPORATE RESOLUTION, which is true of my

13   own knowledge.

14

15   Date: February 4, 2021

16                              By: *Jessica Ramos, Pres*

17                              Jessica Ramos

18

19

20

21

22

23

24

25

26

CORPORATE RESOLUTION: LA TERRAZA – SUBCHAPTER V

2

Fill in this information to identify the case:

Debtor name  LA TERRAZA, INC.

United States Bankruptcy Court for the:  EASTERN     District of  CA
                                                                  (State)

Case number (If known):  T-B-D

☐ Check if this is an
   amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | On Deck Capital c/o Mandarich Law Group | 818 428 4001 | Business Loan | D | Approx. $135K | | Approx. $135k |
| 2 | Southern Glazers Wine & Spirits | 323 344 4100 | Business Credit | D | Approx. $26K | | Approx. $26K |
| 3 | Calif. Dept. Tax and Fee | 530 395 5891 | Priority Claim | D | Approx. $182088.52 | | Approx. $182088.52 |
| 4 | EDD | 1888 745 3886 | Priority Claim | D | T-B-D | | |
| 5 | Franchise Tax Board | 1 800 852 5711 | Priority Claim | D | T-B-D | | |
| 6 | Internal Revenue Service | | Priority Claim | D | $54827.00 | | $54827.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name  La Terraza, Inc

United States Bankruptcy Court for the:  **Eastern**     District of  California
(State)

Case number (If known):  T-B-D

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration Declaration of Credit for Chapter 11, Subchapter V  Legal Fees

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/04/2021          ✗ _____
MM / DD / YYYY                                  Signature of individual signing on behalf of debtor

Arturo Ramos, Jr.
Printed name

Manager
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   La Terraza, INC.

United States Bankruptcy Court for the:   Eastern     District of   CA
                                                        (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

Debtor    La Terraza, INC.       Case number *(if known)*_____
            Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1._____    $_____

     8.2._____    $_____

9. **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.                 $_____0.00

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**
     ☐ No. Go to Part 4.
     ☐ Yes. Fill in the information below.

                                                       **Current value of debtor's interest**

11. **Accounts receivable**

     11a. 90 days old or less: _____ – _____ = ......→    $_____
                     face amount        doubtful or uncollectable accounts

     11b. Over 90 days old: _____ – _____ = ......→    $_____
                     face amount        doubtful or uncollectable accounts

12. **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**
     ☐ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                            **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:

     14.1._____    _____    $_____
     14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                            % of ownership:

     15.1._____   _____%    _____    $_____
     15.2._____   _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

     16.1._____    _____    $_____
     16.2._____    _____    $_____

17. **Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.      $_____

---

Debtor      La Terraza, INC.               Case number *(if known)*_____
                 Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.
    $_____

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    La Terraza, INC.
          _____    Case number (if known)_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                    $_____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                    $_____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor        La Terraza, INC.                                              Case number (*if known*)_____
                    Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

| $_____ 0.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 5

Debtor    La Terraza, INC.                                    Case number (if known)_____
_____
          Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 1027 2nd St. Sacramento, CA | Lease | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>www.laterrazaoldsac.com | $_____ 0.00 | _____ | $ 0.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Liquor License | $ 20,000.00 | Current Market | $ 20,000.00 |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____ 20,000.00

Debtor      La Terraza, INC.                                          Case number (if known)_____
                 Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

                                                                            **Current value of
                                                                            debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

   _____   _____ – _____ = ➜   $_____
                                         Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                       $_____

74. **Causes of action against third parties (whether or not a lawsuit
   has been filed)**

   _____                       $_____
   **Nature of claim**        _____
   **Amount requested**       $_____

75. **Other contingent and unliquidated claims or causes of action of
   every nature, including counterclaims of the debtor and rights to
   set off claims**

   _____                       $_____
   **Nature of claim**        _____
   **Amount requested**       $_____

76. **Trusts, equitable or future interests in property**

   _____                       $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets,
   country club membership
   La Terraza the business                                                   $        500,000.00
   _____                       $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                        $        550,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor    <u>La Terraza, INC.</u>                    Case number *(if known)*_____
        Name

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 289062.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 20,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 550,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..............91a. | $ 859062.08 | **+** 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................    $ 859062.08

**Fill in this information to identify the case:**

Debtor name  La Terraza, INC.

United States Bankruptcy Court for the:  Eastern          District of  California
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

Creditor's name
On Deck Capital

Creditor's mailing address
c/o Chris Mandarich, Esq.
Mandarich Law Group, LLP

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _ _ _ _

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
3910 Clarewood Way, Sacramento
Personal Property

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$          135,000     $          325,000

**2.2**

Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _ _ _ _

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ _____     $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $          325,000

Debtor    La Terraza, INC.                          Case number *(if known)*_____

           Name

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**

**Creditor's name**
_____
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
         _____
         _____
         _____
     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____  $_____   $_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__**

**Creditor's name**
_____
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
         _____
         _____
         _____
     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____  $_____   $_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Fill in this information to identify the case:

Debtor    **La Terraza, INC.**

United States Bankruptcy Court for the: **Eastern**    District of **California**
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service

1027 2nd St., Sacramento, CA
95821-7012; Attn: Ze Yang

As of the petition filing date, the claim is: $   54,827.00    $   54,827.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
2018

Basis for the claim:
Business

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
California Tax & Fee

As of the petition filing date, the claim is: $   182,088.52    $   182,088.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
2018

Basis for the claim:
Business

Last 4 digits of account
number   7   2   8   0

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (qqqqq)

**2.3** Priority creditor's name and mailing address
Franchise Tax Board,

Bankruptcy Section, SA-340, POB 2952,
Sacramento, CA 95812-2952

As of the petition filing date, the claim is: $   1,500.00    $   1,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
2018

Basis for the claim:
Business

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor  La Terraza, INC.
_____  Case number (if known)_____
Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim          Priority amount

2.___  **Priority creditor's name and mailing address**

$ _____ 0.00   $ _____ 0.00

Employment Development Department
POB 826880 MIC 92E, Sacramento, CA
94280-0001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
Business

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

2.___  **Priority creditor's name and mailing address**

$ _____   $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

2.___  **Priority creditor's name and mailing address**

$ _____   $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

2.___  **Priority creditor's name and mailing address**

$ _____   $ _____

_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  La Terraza, INC.
         Name                              Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.1**
**Nonpriority creditor's name and mailing address**
Executive Commercial Insurance Services

6354 Tupolo Drive, Citrus Heights, CA 95621

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ _____ 0.00

Basis for the claim:  Business

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
On Deck Capital c/o Mandarich Law,

Chris Mandarich, 9200 Oakdale Avenue, Ste. 601
Chatsworth, CA 91311

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ _____ 124,000.00

Basis for the claim:  Business

Date or dates debt was incurred _____ 2018

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
Southern Glazer Wine & Spirits, POB 742313,

Los Angeles, CA 90074-2313

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 26,000.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Downey Brand, Attorneys

621 Capitol Mall, 18th Fl., Sacramento, CA 95814

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ _____ 12,797.77

Basis for the claim:  Litigation

Date or dates debt was incurred _____ 2019

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Sac Valley Produce

1685 Parkway Blvd., West Sacramento, CA 95691

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$ _____ 6,781.23

Basis for the claim:  Business

Date or dates debt was incurred _____ 2019

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  La Terraza, INC.    Case number (if known)_____

Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Debtor    La Terraza, INC.      Case number (if known)_____

Name

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.2. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.3. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.4. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.5. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.6. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.7. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.8. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.9. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.10. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.11. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |
| 4.12. _____<br>_____<br>_____ | Line ____<br>❏ Not listed. Explain _____<br>_____ | __ __ __ __ |

Debtor _____    Case number (*if known*)_____
            Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ | Line ____  ☐ Not listed. Explain _____ _____ | __ __ __ __ |

Debtor　La Terraza, INC.

　　　　Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** Add the amounts of priority and nonpriority unsecured claims.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total of claim amounts**

5a. **Total claims from Part 1**　　　　　　　　　　5a.　　　　$_____

5b. **Total claims from Part 2**　　　　　　　　　　5b.　**+**　$　　　386,570.23

5c. **Total of Parts 1 and 2**
　　Lines 5a + 5b = 5c.　　　　　　　　　　　　　5c.　　　　$_____

**Fill in this information to identify the case:**

Debtor name   La Terraza, INC.

United States Bankruptcy Court for the: Eastern      District of California
                                                       (State)

Case number (If known): _____   Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Comercial NNN Lease | Morse Building, LLC. PO Box 188230 Sacramento, CA 95818 |
| | State the term remaining | 29 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Dishwasher Lease | Auto- Chlor System 3000 Academy Way #100 Sacramento, CA 95815 |
| | State the term remaining | 22 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Alarm Company | Safe Security Solutions 1940 Terracina Dr Suite 100 Sacramento, CA 95834 |
| | State the term remaining | 36 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __La Terraza INC__

United States Bankruptcy Court for the: __Eastern__　　　District of __California__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | | *Column 2: Creditor* | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City　State　ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City　State　ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City　State　ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City　State　ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City　State　ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City　State　ZIP Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name          LA TERRAZA, INC.
_____

United States Bankruptcy Court for the:_____ EASTERN _____ District of ___ CA ___
                                                                                                      (State)

Case number (If known):    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................  $ 646,612

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................  $ 646,612

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............................  $ 135,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................  $ 216,992

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............................  + $ 386,570.23

4. **Total liabilities** ..........................................................................................................  $ 738,562.23
   Lines 2 + 3a + 3b

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is N/A_____.

2. The following financial data is the latest available information and refers to the debtor's condition on N/A_____.

    a. Total assets                          $ N/A_____

    b. Total debts (including debts listed in 2.c., below)    $ N/A_____

    c. Debt securities held by more than 500 holders

Approximate number of holders:

| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

    d. Number of shares of preferred stock               _____

    e. Number of shares common stock                 _____

    Comments, if any: NOT APPLICABLE_____

_____

_____

3. Brief description of debtor's business: Full service mexican restaurant_____

_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

Jessica Ramos 100%_____

_____

Form B2030                                    USBC Eastern District of California

---

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re   LA TERRAZA, INC. | Case Number: T-B-D

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

Debtor(s)

---

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2. The source of the compensation paid to me was:

    [ ] Debtor        [✓] Other *(specify)*

3. The source of compensation to be paid to me is:

    [ ] Debtor        [✓] Other *(specify)*

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of the debtor in contested bankruptcy matters;

    e. [Other provisions as needed]

        ** Debtor has an Attorney Fee credit from 2020-23480 which was dismissed.

**Form 2030, pg 2**       **USBC, Eastern District of California**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services, insofar as these services are not mandated by Local Rule 2017-1 of the Eastern District of California.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3-4-21
_____
Date

_____
Signature of Attorney

THE KNIGHT LAW GROUP

_____
Name of Law Firm

---

Revised December 2015

Noel Knight (SBN 223821)
The Knight law Group
800 J St., Ste. #441,
Sacramento, CA 95814
Telephone: (510) 435 9210
Fax: (510) 281 6889

Attorneys for….La Terraza, Inc.

In re:

LA TERRAZA, INC.

**CHAPTER 11; SUBCHAPTER V**

**EASTERN DISTRICT OF CALIFORNIA**

**CASE # T - B - D**

**LIST OF EQUITY SECURITY HOLDERS**

Jessica Ramos,

         Managing Member.

**LIST OF EQUITY SECURITY HOLDERS**

1. Jessica Ramos – 100%; Full Ownership; No Shares.

**LIST OF EQUITY SECURITY HOLDERS**